**Fill in this information to identify your case:**

Debtor 1: Sha-Reena Antoinette Charlton
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number: 25-12643
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $ 200,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ $ 21,622.00

   1c. Copy line 63, Total of all property on *Schedule A/B*................................................... $ 221,622.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 128,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... + $ 17,110.00

   **Your total liabilities**  $ 145,110.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................................. $ 3,537.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................. $ 2,710.00

Debtor 1  Sha-Reena Charlton _____  Case number (*if known*) __25-12643__
First Name   Middle Name   Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 5,364.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1: Sha-Reena Antoinette Charlton
  First Name   Middle Name   Last Name

Debtor 2 (Spouse, if filing):
  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number (if know): 25-12643

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:  List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

**Part 2:  List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Afni Inc. | Last 4 digits of account number _____ | $ 13,935.00 |

Nonpriority Creditor's Name
PO Box 3068
Bloomington IL  61702

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Geico

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.2 | Jefferson Capital Systems LLC<br>Nonpriority Creditor's Name<br>200 14th Avenue East<br>Number    Street<br>Sartell MN    56377<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify ____ | $ 1,640.00 |
|---|---|---|
| 4.3 | LVNV Funding, LLC<br>Nonpriority Creditor's Name<br>c/o Resurgent Capital Services<br>Number    Street<br>Greenville SC    29602<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify ____ | $ 1,144.00 |
| 4.4 | Midland Credit Management Inc.<br>Nonpriority Creditor's Name<br>320 East Big Beaver<br>Number    Street<br>Troy    MI    48083<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify ____ | $ 391.00 |

Debtor  Sha-Reena Antoinette Charlton  Case 25-12643-ABA  Doc 20  Filed 05/30/25  Entered 05/30/25 09:45:30  Desc Main
Document  Page 5 of 7

First Name  Middle Name  Last Name  Case number (if known) 25-12643

| 4.5 | **Office of Attorney General** | **Last 4 digits of account number** _____ | $ 0.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |
| | Div of Law PO Box 112 | **As of the date you file, the claim is:** Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | Richard J Hughes justice Complex | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Trenton NJ  08625-0112 | **Type of NONPRIORITY unsecured claim:** | |
| | City  State  ZIP Code | ☐ Student loans | |
| | **Who owes the debt?** Check one. | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ☒ Debtor 1 only | | |
| | ☐ Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Debtor 1 and Debtor 2 only | | |
| | ☐ At least one of the debtors and another | ☒ Other. Specify _____ | |
| | ☐ **Check if this claim relates to a community debt** | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

| 4.6 | **State of NJ Dept of Labor** | **Last 4 digits of account number** _____ | $ 0.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |
| | Benefit Payment Control | **As of the date you file, the claim is:** Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | PO Box 951 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Trenton NJ  08625-0951 | **Type of NONPRIORITY unsecured claim:** | |
| | City  State  ZIP Code | ☐ Student loans | |
| | **Who owes the debt?** Check one. | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ☒ Debtor 1 only | | |
| | ☐ Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Debtor 1 and Debtor 2 only | | |
| | ☐ At least one of the debtors and another | ☒ Other. Specify _____ | |
| | ☐ **Check if this claim relates to a community debt** | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

| 4.7 | **State of NJ Dept of Labor** | **Last 4 digits of account number** _____ | $ 0.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |
| | PO Box 379 | **As of the date you file, the claim is:** Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | Trenton NJ  08625-0379 | ☐ Unliquidated | |
| | City  State  ZIP Code | ☐ Disputed | |
| | **Who owes the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** | |
| | ☒ Debtor 1 only | ☐ Student loans | |
| | ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ☐ Debtor 1 and Debtor 2 only | | |
| | ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ **Check if this claim relates to a community debt** | | |
| | **Is the claim subject to offset?** | ☒ Other. Specify _____ | |
| | ☒ No | | |
| | ☐ Yes | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 17,110.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 17,110.00 |

**Fill in this information to identify your case:**

Debtor 1  Sha-Reena Antoinette Charlton
         First Name   Middle Name   Last Name

Debtor 2  _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the District of New Jersey

Case number  25-12643
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Sha-Reena Antoinette Charlton                ✗ _____
Signature of Debtor 1                               Signature of Debtor 2

Date 05/30/2025                                     Date _____
    MM / DD / YYYY                                       MM / DD / YYYY