TERRY GLEN TUCKER,
ESQUIRE ATTORNEY-AT-LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY
08302  (856) 453-7440
Attorney for Debtor

_____

Sha-Reena Charlton

          Debtor(s)

_____

:UNITED STATES
:BANKRUPTCY  COURT

:FOR THE  DISTRICT
:OF NEW  JERSEY
:
:CASE NO : 25-12643/ABA

:CIVIL ACTION
:**AFFIDAVIT OF ATTORNEY(Request to Pay Funds on Hand to Attorney as Administrative Fee after Dismissal)**

**STATE OF NEW JERSEY     )**
                                   **:SS**
**COUNTY OF CUMBERLAND)**

    I, Terry Tucker Esq , of full age, being duly sworn upon my oath, depose and say;

    1)I make this affidavit with the intent and understanding that it will used to direct/allow Trustee to **pay administrative debtor attorney fees set forth in Plan and Petition from funds paid by debtor**, **on hand, after dismissal of case**.

    2)Case will be dismissed on 6/25/2024. The Trustee has on hand $578.28. The Plan proposed to pay $4,150 attorney fees as an administrative expense.

    3)I am the attorney who prepared and filed this petition on behalf of Debtor. I would request that the funds on hand be paid to my office, as attorney fees set forth in Plan.

                    I make this affidavit under penalty of perjury.

                              Terry Tucker

                               _/s/ Terry Tucker_

DATED: June 23, 2024