TERRY GLEN TUCKER, ESQUIRE
ATTORNEY AT LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY 08302
(856) 453-7440
Attorney for Defendant(s)

_____

Sha'Reena Charlton

          **Debtor**

_____
{all creditors in mailing matrix + appearances}

: UNITED STATES
: BANKRUPTCY COURT
: FOR THE DISTRICT OF NEW JERSEY
:
: CASE NUMBER: 24-12643/ABA
:
**:CIVIL ACTION**
**:NOTICE OF APPLICATION TO**
**:RETAIN PROFESSIONAL**

:Order to be signed
 if no objections to application are made prior
 to 14 days after application is filed

Andrew Finberg, Trustee
Cherry Tree Corporate Center
535 Rte 38, Suite 58
Cherry Hill, NJ 08002

Office of US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

    **TAKE NOTICE** that the undersigned will apply to the above-named Court, at the Mitchell H. Cohn U.S Courthouse, 400 Cooper Street, Camden, New Jersey, for an Order Terminating Wage Order will be signed if no objections made prior to 14 days after application is  filed.

See Attached Application.

Oral argument is not requested.

A proposed form of Order is annexed hereto.

Dated: July 2, 2025                                    /s/ Terry Glen Tucker, Esquire