| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Terry Tucker Esq-TT8409<br>80 W Broad St<br>Bridgeton, NJ 08302<br>On Behalf of Debtor<br><br>In Re: Sha'Reena Charlton | Order Filed on July 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 25-12643/ABA<br>Adv. No.:<br>Hearing Date:<br>Judge: |

## Order Terminating Wage Order

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 9, 2025**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Sha'Reena Charlton
Case No: 25-12643/ABA
Caption of Order: Terminating Wage Order

---

Upon the Application of Terry Tucker, on behalf of Debtor Sha'Reena Charlton, and a Wage Order to pay Chapter 13 Trustee payment having been made, and Debtor Opting to Stop the Wage order, and for good cause:

IT IS ORDERED AND ADJUDGED THAT:

The Wage Order issued to Sha'Reena Charlton's employer to pay the Chapter 13 Trustee be and is hereby terminated.