| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Terry Tucker Esq-TT8409<br>80 W Broad St<br>Bridgeton, NJ 08302<br>On Behalf of Debtor | Order Filed on July 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Sha'Reena Charlton | Case No.: 25-12643/ABA<br>Adv. No.:<br>Hearing Date:<br>Judge: |

## Order Terminating Wage Order

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 9, 2025**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Sha'Reena Charlton
Case No: 25-12643/ABA
Caption of Order: Terminating Wage Order

---

Upon the Application of Terry Tucker, on behalf of Debtor Sha'Reena Charlton, and a Wage Order to pay Chapter 13 Trustee payment having been made, and Debtor Opting to Stop the Wage order, and for good cause:

IT IS ORDERED AND ADJUDGED THAT:

The Wage Order issued to Sha'Reena Charlton's employer to pay the Chapter 13 Trustee be and is hereby terminated.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12643-ABA |
| Sha-Reena Antoinette Charlton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sha-Reena Antoinette Charlton, 104 Arnold Dr, Millville, NJ 08332-2813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Sha-Reena Antoinette Charlton terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Sullivan Motors Inc for Mid Atlantic Auto Finance Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5